No. 736. RUDE *v.* BUCHHALTER. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Ernest Morris* for petitioner. *Mr. Henry E. Lutz* for respondent. █

Nos. 723 and 724. MOSHER *v.* PHOENIX. April 11, 1932. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted, limited to the question of the jurisdiction of the District Court as a federal court. *Mr. John W. Ray* for petitioner. *Mr. Sidman D. Barber* for respondent. █

No. 729. REICHELDERFER ET AL. *v.* QUINN ET AL. April 11, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Robert E. Lynch, Wm. W. Bride,* and *Vernon E. West* for petitioners. *Messrs. Joseph A. Burkhart, Henry I. Quinn,* and *George E. Sullivan* for respondents. █

No. 739. UNITED STATES EX REL. STAPF *v.* CORSI, COMMISSIONER OF IMMIGRATION. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Harold Van Riper* for petitioner. *Solicitor General Thacher* and *Mr. Claude R. Branch* for respondent. █

No. 752. CORTES, ADMINISTRATOR, *v.* BALTIMORE INSULAR LINE, INC. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Basil O'Connor* for petitioner. *Mr.*